NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALAN B. ADAMS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-2296

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00418-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

RAYMOND JEWELL TONEY, Law Office of Raymond J. Toney, Emeryville, CA, argued for plaintiff-appellant. Also represented by BRIAN D. SCHENK, Midwest Military & Veterans Law, PLLC, Minneapolis, MN.

ERIC LAUFGRABEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by DOUGLAS K. MICKLE, ROBERT E. KIRSCHMAN, JR., JOYCE R. BRANDA; PATRICK J. HUGHES,

Air Force Legal Operations Agency, United States Department of the Air Force, Joint Base Andrews, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 21, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court